UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                   Case No. 11-32236–DHW
                                                        Chapter 13
CYNITHA R. ASHLEY,

   Debtor(s).

**CONDITIONAL ORDER DISMISSING BANKRUPTCY CASE**

The chapter 13 trustee filed a motion under 11 U.S.C. § 1307 to dismiss this case because of a material default by the debtor in payments under the confirmed chapter 13 plan.

The motion came on for hearing on June 22, 2015 at which time the debtor requested additional time to consider the conversion of this case to a case under chapter 7. Accordingly, it is

ORDERED that this bankruptcy case is DISMISSED effective **July 7, 2015** unless the debtor converts the case to a case under chapter 7 or files a Motion for Hardship Discharge on or before the effective date.

Done this 23rd day of June, 2015.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:   Debtor
     Richard D. Shinbaum, Attorney for Debtor
     Curtis C. Reding, Trustee
     All Creditors